IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JEFF MOSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 121-068 |
| TIMOTHY C. WARD, et. al. | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the case without prejudice because Plaintiff provided dishonest information about his filing history and failed to state a claim upon which relief can be granted, **DENIES AS MOOT** the pending motion, (doc. no. 24), and **CLOSES** this civil action.

SO ORDERED this 9th day of November, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGI